UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ARMSTRONG-HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 21-cv-07637-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE MOTION AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 17 |

The Court **GRANTS IN PART** and **DENIES IN PART** Dkt. No. 17 Plaintiff's Ex Parte Motion. In light of pro se Plaintiff's acceptance of responsibility and promise to comply with Court procedures in the future, the Court **DISCHARGES** Dkt. No. 16 the Order to Show Cause.

The Court **DIRECTS** Plaintiff to file any opposition to Dkt. No. 7 Defendant's Motion to Dismiss Complaint by February 18, 2022 at 5:00 P.M., and Defendant has until February 25, 2022 at 5:00 P.M. to file any reply. The hearing on Defendant's Motion to Dismiss will be held as previously scheduled on March 24, 2022 at 2:00 P.M. Given the ongoing COVID-19 pandemic, the parties will be advised closer to the hearing whether it will take place telephonically or in person.

**IT IS SO ORDERED.**

Dated: 1/28/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge