UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ARMSTRONG-HARRIS,<br>　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK, N.A., et al.,<br>　　　　Defendants. | Case No. 21-cv-07637-HSG<br>**ORDER TO SHOW CAUSE** |

　　　　On July 28, 2021, pro se Plaintiff Cedric Armstrong-Harris filed a complaint against Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Specialized Loan Servicing in Alameda Superior Court. Dkt. No. 1. Wells Fargo removed the case to federal court, *id.*, and after Plaintiff failed to respond to Wells Fargo's Motion to Dismiss, Dkt. No. 7, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute, Dkt. No. 16. Even though Plaintiff responded nine days late to the Order to Show Cause, *see* Dkt. No. 17, the Court gave Plaintiff extra time to respond to the Motion to Dismiss, directing Plaintiff to file any opposition by February 18, 2022, Dkt. No. 18. However, Plaintiff once again entirely failed to meet Court deadlines. He has not filed an opposition or a statement of non-opposition, as required by Civil Local Rule 7-3. Wells Fargo filed a notice of Plaintiff's non-opposition on February 25, 2022. Dkt. No. 19.

　　　　Federal Rule of Civil Procedure 41(b) provides that where a "plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." A defendant need not file a motion in order for a district court to dismiss a case under Rule 41(b), given the Supreme Court's statement that "[t]he authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs[.]"

*See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Plaintiff shall file a statement of no more than two pages by March 21, 2022 at 5:00 p.m. If Plaintiff wishes to continue with his case, he must also file his opposition or statement of non-opposition by that same date.

**IT IS SO ORDERED.**

Dated: 3/10/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

2