UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ARMSTRONG-HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 21-cv-07637-HSG<br><br>**ORDER GRANTING IN PART AND DISMISSING IN PART PLAINTIFF'S EX PARTE MOTION AND CONTINUING HEARING**<br><br>Re: Dkt. No. 21 |

The Court **GRANTS IN PART** and **DENIES IN PART** Plaintiff's Ex Parte Motion (Dkt. No. 21). In light of Plaintiff's affirmation of his intention to prosecute this action, the Court **DISCHARGES** Dkt. No. 20 the Order to Show Cause. As this was the second order to show cause why the case should not be dismissed for failure to prosecute, Plaintiff is reminded that he must meet all deadlines without being prompted by the Court, and advised that any future failure to meet deadlines could result in the dismissal of the case without further notice.

The Court **DIRECTS** Defendant to file any reply to Plaintiff's opposition, included in Dkt. No. 21, by April 7, 2022. The hearing on Defendant's Motion to Dismiss is **CONTINUED** from March 24, 2022 to May 12, 2022 at 2:00 P.M. Given the ongoing COVID-19 pandemic, the parties will be advised closer to the hearing whether it will take place telephonically or in person.

**IT IS SO ORDERED.**

Dated: 3/21/2022

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge