UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ARMSTRONG-HARRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-07637-HSG<br><br>**ORDER TO SHOW CAUSE REGARDING SERVICE** |

　　　This case was filed on July 28, 2021, Dkt. No. 1, and removed to this Court on September 29, 2021, *id.* As of the date of this order, the docket reflects no evidence that the summons and complaint have been properly served on defendant Specialized Loan Servicing.

　　　Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

　　　More than 90 days have now passed since the filing of the complaint. Plaintiff is therefore ordered to show cause why this case should not be dismissed against Specialized Loan Servicing for failure to serve. A written response to this order is due by September 1, 2022.

　　//

　　//

　　//

　　//

If Plaintiff's written response to the order to show cause is accompanied by satisfactory evidence that the summons and complaint have been served, the order to show cause will be withdrawn. The Court notes that although Specialized Loan Servicing is named as a defendant, the complaint does not assert any claims against it.

**IT IS SO ORDERED.**

Dated: 8/12/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge