| | |
|---|---|
| 1 | **McGuireWoods LLP**<br>Alicia A. Baiardo (SBN 254228)<br>abaiardo@mcguirewoods.com<br>Jenny Yi (SBN 314540)<br>jyi@mcguirewoods.com<br>Two Embarcadero Center<br>Suite 1300<br>San Francisco, CA 94111-3821<br>Telephone: 415.844.9944<br>Facsimile: 415.844.9922<br><br>Attorneys for Defendant<br>Wells Fargo Bank, N.A. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ARMSTRONG-HARRIS<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, SUCCESSOR BY MERGER TO WACHOVIA BANK, A/K/A WORLD SAVINGS BANK ("WELLS FARGO BANK, N.A."); SPECIALIZED LOAN SERVICING ("SLS"); AND DOES 1 – 50, INCLUSIVE, ALL PARTIES UNKNOWN CLAIMING TO HAVE LEGAL, EQUITABLE, LIEN AND ESTATE AGAINST THE SUBJECT PROPERTY LOCATED AT 1147 – 55TH STREET, OAKLAND, CALIFORNIA 94608,<br><br>Defendants. | CASE NO. 4:21-cv-07637-HSG<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO BANK N.A.'S ADMINISTRATIVE MOTION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed: July 28, 2021<br>Current Answer Deadline: August 26, 2022<br>New Answer Deadline: September 12, 2022, or until after the pleadings are settled if an amended complaint is timely filed<br><br>Hon. Judge Haywood S. Gilliam, Jr. |

Case: 4:21-cv-07637-HSG

ORDER

## **ORDER**

The Court, having reviewed, heard, and considered Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Administrative Motion to Extend Time to Answer Plaintiff's Complaint, the record in this case, and any such other matters that the Court deemed proper, and good cause appearing, the Court hereby orders as follows:

**IT IS HEREBY ORDERED** that Wells Fargo's Time to Answer Plaintiff's Complaint is **GRANTED** until September 12, 2022 if an amended complaint is not filed or, if an amended complaint is timely filed, until after the responsive pleadings are settled.

**IT IS SO ORDERED.**

DATED:  8/29/2022

*Haywood S. Gilliam, Jr.*
United States Judge Haywood S. Gilliam, Jr.